Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | |
|---|---|
| Ivory James Johnson<br>_____<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint.*<br>*If the names of all the plaintiffs cannot fit in the space above,*<br>*please write "see attached" in the space and attach an additional*<br>*page with the full list of names.)*<br>-v-<br><br>Harris County<br>_____<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued.  If the*<br>*names of all the defendants cannot fit in the space above, please*<br>*write "see attached" in the space and attach an additional page*<br>*with the full list of names.  Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _____

*(to be filled in by the Clerk's Office)*

United States Courts
Southern District of Texas
**F I L E D**

MAY 1 0 2021

Nathan Ochsner, Clerk of Court

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.       The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Ivory James Johnson |
| All other names by which you have been known: | None |
| ID Number | 02358381 |
| Current Institution | Harris County Jail |
| Address | N. 701 San Jacinto 5B2 |
| | Houston           Tx          77002 |
| | *City*            *State*     *Zip Code* |

### B.       The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | C. Jones |
| Job or Title *(if known)* | Floor Supervisor |
| Shield Number | N/A |
| Employer | Harris County Jail |
| Address | N. 701 San Jacinto |
| | Houston           Tx          77002 |
| | *City*            *State*     *Zip Code* |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Clinton W. Perkins |
| Job or Title *(if known)* | Floor Supervisor |
| Shield Number | N/A |
| Employer | Harris County Jail |
| Address | 1200 Baker Street |
| | Houston           Tx          77002 |
| | *City*            *State*     *Zip Code* |

☒ Individual capacity    ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name      Detention officer: Johnson

Job or Title *(if known)*      Detention officer / Sheriff

Shield Number      N/A

Employer      Harris County Jail

Address      1200 Baker Street / 6 Floor

Houston      Tx      77002
     *City*      *State*      *Zip Code*

☒ Individual capacity      ☐ Official capacity

Defendant No. 4

Name      Detention officer: Womb

Job or Title *(if known)*      Detention Officer / Sheriff

Shield Number      N/A

Employer      Harris County Jail

Address      1200 Baker Street

Houston      Tx      77002
     *City*      *State*      *Zip Code*

☒ Individual capacity      ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 2nd, 4th, 5th, 8th, 9th, & 14   Amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Defendant No.5    The D.A.- I.N

Harris County Courthouse 338

I was never given    201 Caroline, 12th Floor

documents to reset    Houston, Tx 77002

with D.A. Info-    ∴ Both Capacity


Defendant No.6    Ramona Franklin

Judge

Harris County Courthouse 338

201 Caroline, 12th Floor

Houston, Tx 77002

∴ Both Capacity


Defendant No.7    Lance Hamm

Attorney / Court Appointed

1200 Rothwell St

Houston, Tx 77002

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All authorities acted without any care, racial profiling stating how do a person of my kind know all thats being exposed, in there comments.

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒    Pretrial detainee

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☐    Convicted and sentenced federal prisoner

☐    Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

In Walter County/Harris County in 2015, Dec 23

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

On or about:
Harris County Jail ~~August 19, 2020~~ ) February 5, 2021 ) December 2, 2020 )
October 22, 2020 ) December 3, 2020 )

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

The dates are listed on grievances, i either didn't pay any attention to the time, or authorities held me in holding cell for excessive hrs.

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Harris County Sheriff made Illegal Arrest, forcing organized Conflict upon plaintiff, specifically Clinton W. Perkins, Officer Johnson with other officers denied me help / removal from 6 F1, assaulting me later on the same day, feelling my life was in danger being assaulted by several pretrial detainee's, officer Womb is another officer involved. Medical will follow orders over higher power, there is video footage of assaults of detainee's / officer. Several detainee on authorities side seen what happen, A investigation to grievances will provide video footage time and date.

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pain to my head, back, Risk, Ribs, that Medical failed to X-ray or treat me properly from Assaults. From toxic food authorities had medical to just give me, Pantoprazole Sodium & Docusate Sodium on KOP-12-03-20, to make plaintiff use restroom, failing to see if toxic food done me serious harm after dealling with matter for mnths.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I'm Requesting Award of $30 million, including a chance at trial. Being authorities created wrongful Arrest, wrongful Inprisonment, Entrapment, Retaliation, Discriminating, Harrassment, Life Endangerment, Abigeat, Bribery, Conspiracy & Corruption, falsifying Legal Document, also claim on Economic Damages,

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Harris County Jail

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Harris County Jail

2.    What did you claim in your grievance?

Retaliation, Harrassment, Discrimination, Abigreat, Mistreatment of Detainee, wrongful Arrest, wrongful Imprisonment, Conspiracy & Corruption, Bribery, Falsifying Legal Documents listed on grievance filed 3/17/2021 with all incidents in Complaint that Grievance board fail to properly Scan/give grievance # or reciept.

3.    What was the result, if any?

None

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I've filed Several Complaint that authorities alway unfound without investigation, working around all Complaints, failing to Submit Appeals or Complaint abusing power.

## *INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

**TO: INMATE** JOHNSON          IVORY JAMES

**SPN# 2358381**                                    **Cell Block:** **6C2 01C**

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *12/2/2020*   and filed as grievance # *37718*
This grievance is in reference to   ADMIN SERVICES DIVISION

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to**
**this matter.** Assaulttd by Officer Johnson

Grievance: ~~(████████)~~

**Grievance Board Member   BDSHELTON**                    **12/2/2020**

*INMATE GRIEVANCE BOARD*

# GRIEVANCE RECEIPT

TO: INMATE  JOHNSON          IVORY JAMES

SPN# 2358381                          Cell Block:  6C2 01C

This is your notification, as required by the Texas Commission on Jail Standards
that your grievance was received on *12/3/2020*   and filed as grievance # *37758*
This grievance is in reference to    MEDICAL SERVICES

**At this time, your grievance is under investigation.**

**Please do not file any further grievances in reference to**
**this matter.**   Grievance: Toxic food / Medical denied
Proper Care

| Grievance Board Member   BDSHELTON | 12/3/2020 |
|---|---|

## GRIEVANCE RECEIPT
## INMATE GRIEVANCE BOARD
### 701

| | | | |
|---|---|---|---|
| **To:** | IVORY JAMES        JOHNSON | Grievance Received | 1/5/2021 |
| | SPN#  2358381 | | |

**From: Inmate Grievance Board**

**Ref:  GRIEVANCE #        216059**
701 HOUSING DIVISION/701, 711 JAIL

*Assaulted by detainees on Camera as authorities ignores help*

---

**The Inmate Grievance Board has received a grievance from Inmate**

IVORY JAMES        JOHNSON

**Upon completion of your investigation, check the appropriate finding  and provide the Inmate with this Grievance Receipt.**

---

**I have investigated this grievance and determined it to be:**

/_____**Unfounded**          _____**Founded/Resolved**          _____**Founded/Unresolved**

_____**ATW/TDC**                _____**OIG/IAD or  Bureau Investigation**


# Grievance Receipt

# Inmate Copy


**Grievances with an Unfounded or Founded/Resolved determination may be appealed to the Grievance Board. Appeals must be in writing and submitted within (5) five working days of the investigating supervisor's decision (excluding holidays).**


Grievance Receipt was Delivered to Inmate    JOHNSON          on Date: _/_8_,21_

---

Supervisor's printed name: _Mark V. Hanven_

Supervisor's Signature: _MV_          Date: _1,8,21_

# INMATE GRIEVANCE BOARD
### 1200

To:   **IVORY JAMES**        **JOHNSON**         Grievance Received    10/22/2020
     SPN#   2358381

From: Inmate Grievance Board

Ref:  **GRIEVANCE #     37016**      Clinton W. Perkins fail to report
     ADMIN SERVICES DIVISION       falsified documents/wrongful Arrest

---

**The Inmate Grievance Board has received a grievance from Inmate**
                    IVORY JAMES        JOHNSON

**Upon completion of your investigation, check the appropriate finding  and provide the Inmate with this Grievance Receipt.**

---

**I have investigated this grievance and determined it to be:**

✓ **Unfounded**      ____ **Founded/Resolved**       ____ **Founded/Unresolved**

     ____**ATW/TDC**         ____**OIG/IAD or  Bureau Investigation**

# Grievance Receipt
# Inmate Copy

---

                    Perkin illegal arrest

---

Grievance Receipt was Delivered to Inmate    **JOHNSON**        on Date: 10 27 20

---

Supervisor's printed name: René Villalobos

Supervisor's Signature: Rene Villalobos        Date: 10 27 20

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

      1.   If there are any reasons why you did not file a grievance, state them here:

      2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

      *(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

■ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit
        Plaintiff(s) _____
        Defendant(s) _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*
        _____

   3.   Docket or index number
        _____

   4.   Name of Judge assigned to your case
        _____

   5.   Approximate date of filing lawsuit
        _____

   6.   Is the case still pending?

        ☐ Yes

        ☐ No

        If no, give the approximate date of disposition. _____

   7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

        _____
        _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    ☐ Yes

    ☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit
        Plaintiff(s) _____
        Defendant(s) _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

    3.    Docket or index number

    4.    Name of Judge assigned to your case

    5.    Approximate date of filing lawsuit

    6.    Is the case still pending?
        ☐ Yes
        ☐ No
        If no, give the approximate date of disposition

    7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____

Printed Name of Plaintiff  Ivory Johnson

Prison Identification #  02358381

Prison Address  N. 701 San Jacinto   582

Houston _____  TX _____  77002

City   State   Zip Code

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____

City   State   Zip Code

Telephone Number _____

E-mail Address _____

# STATE BAR OF TEXAS

**CLIENT-ATTORNEY**
**ASSISTANCE PROGRAM**



Helpline: 800-932-1900
CAAP@texasbar.com
P.O. Box 12487
Austin, TX 78711-2487
Fax: 512-427-4442

December 01, 2020

Ms. Ivory Johnson 02358281

Harris County Jail Cell 602
1200 Baker Street
Houston, TX 77002

      RE: Your Letter
      File: 873003

Dear Ms. Johnson,

Thank you for contacting the State Bar of Texas which regulates the licensing of attorneys in the State of Texas. We have received your letter regarding your concerns about your legal representation. **To remove and/or replace a court appointed attorney or public defender, contact the Court Coordinator where your case is pending to have your request addressed. The State Bar of Texas has no jurisdiction or authority to remove/replace attorneys.**

There are two options available through the State Bar of Texas to address your concerns: Client-Attorney Assistance Program (CAAP) and the Grievance System.

      • If you are experiencing communication difficulties with your attorney, you may wish to use CAAP. CAAP is a statewide voluntary dispute resolution service of the State Bar of Texas whose objective is to facilitate communication and foster dialogue in an effort to assist Texas lawyers and their clients in resolving minor concerns, disputes, or misunderstandings within the context of the Attorney-Client relationship. (Brochure enclosed)

      • The Grievance System, on the other hand, exists to provide an official opinion on whether the attorney's violates the Texas Disciplinary Rules of Professional Conduct, which may be found in its entirety on our website www.texasbar.com, or in any public or law library. Please know that the State Bar of Texas Grievance System cannot remove/replace an attorney, force an attorney to proceed with a case, alter the decision made in a civil or criminal matter, or resolve a fee dispute. (Brochure enclosed)

In case you are not aware, the CAAP process and the grievance process may not take place at the same time. You must choose one course of action.

Please follow the directions for utilizing the procedure of your choice.

Sincerely,
Client Attorney Assistance Program Staff

*I am a lawyer. I am entrusted by the People of Texas to preserve and improve our legal system.*
*I am licensed by the Supreme Court of Texas. I must therefore abide by the Texas Disciplinary Rules of Professional Conduct,*
*but I know that Professionalism requires more than merely avoiding the violation of laws and rules.*
*I am committed to this Creed for no other reason than it is right.*

```
UNIT COPY      T.D.C.J.-INSTITUTIONAL DIVISION   11/26/2019-205
ITS40952                 INMATE TIMESLIPS

JOHNSON,IVORY JAMES              TDC:02247037 SID:07751409 UNIT: GL
                                 HOUSING/BED:        HSE2    B22

*PRJ-REL-DATE:         08 21 2020   MAX-EXP-DATE:      08 21 2020
*INMATE STATUS:        L2 W         MAX TERM:             3 00 00


 FLAT  TIME CREDITED:     2 03 05   CALC BEGIN DATE:  08 22 2017
 GOOD  TIME CREDITED:     1 03 21   TDC RECEIVE DATE: 03 05 2019
 BONUS TIME CREDITED:     0 00 00   GOOD TIME LOST:           30
 WORK  TIME CREDITED:     1 01 13   WORK TIME LOST:            0
*TOTAL TIME CREDITED:     4 08 09


*STATUS EFFECT  DATE: 07 26 2019   JAIL GOOD TIME RECEIVED: YES

DEC: CC00109  QCC: SD00108

**NO STATUS CHANGE**    REFUSING TO ACCEPT HOUSING  ASSIGN 0003




*TIME CALCULATIONS DO NOT INCLUDE ABSENCES FOR CURRENT MONTH
PAROLE DATA: SERVE ALL
CHANGE TO:       GOOD-WORK/
```



# TEXAS DEPARTMENT OF CRIMINAL JUSTICE

_____

Bryan Collier
Executive Director

February 10, 2020

SHERIFFS OFFICE - HARRIS COUNTY
1200 BAKER
HOUSTON, TX, 770020000

To Whom It May Concern:

Notations have been made on our records indicating that our

| | |
|---|---|
| **NAME:** | JOHNSON, IVORY JAMES |
| **TDCJ#:** | 02247037 (ID) |
| **YOUR#:** | 1663686 |
| **TYPE:** | (F) |

will be wanted by your office upon release from this institution.

You will be notified prior to release of this offender so that you may have an officer here to take him/her into custody.

**Projected Release Date:** 08/21/2020    _My Real Release Date_
**Max Exp Date:** 08/21/2020
**Parole Eligibility Date:** XXXXXXXXXX

Sincerely,

Debra Gibbs
Assistant Director
Classification and Records

BY:   TB00079
cc:   Parole Division
      Unit Warden, ESTELLE
      Offender
      File

P.O.

```
       T. D. C. J.   -   I N S T I T U T I O N A L   D I V I S I O N
         DATE 12/20/19            RECORDS OFFICE           TIME 12:27:20
TDCJID: 02247037 NAME: JOHNSON,IVORY JAMES              UNIT GIB LEWIS
SENT. BEGIN DATE  08/22/2017  TDC RECEIVE DATE 03/05/2019
INMATE STATUS LINE CLASS II                  W     LAST PCR REQUEST 03/06/19


     SENT. OF RECORD      00003    YRS 00 MOS 00 DAYS   MAND SUPV PAROLE
     FLAT TIME SERVED          00002 YRS 03 MOS 30 DAYS  077 %    077 %
     GOOD TIME EARNED          00001 YRS 03 MOS 29 DAYS  000 %    044 %
     WORK TIME EARNED          00001 YRS 01 MOS 21 DAYS  000 %    038 %
     MAND SUPV TIME CREDITS    00002 YRS 03 MOS 30 DAYS  077 %
     PAROLE TIME CREDITS       00004 YRS 09 MOS 20 DAYS          159 %
     MINIMUM EXPIRATION DTE:  08/21/2020
     MAXIMUM EXPIRATION DTE:  08/21/2020
```

My Real Release Date

22 day Make Full 3 yrs

```
JAIL GOOD TIME RECD YES              NUMBER OF DETAINERS 00
GOOD TIME LOST 00030 DAYS            WORK TIME LOST 00000 DAYS
PAROLE STATUS    BPP DATE                     TDC CALC DATE 08/22/2019
```

No detainers

```
*CALC PAROLE ELIG ON CALENDAR TIME



REQUEST _____
CONDUCT RECORD:
```

T. D. C. J.   -   I N S T I T U T I O N A L   D I V I S I O N
DATE 05/13/20          RECORDS OFFICE          TIME 07:38:57
TDCJID: 02247037 NAME: JOHNSON,IVORY JAMES          UNIT ESTELLE
SENT. BEGIN DATE 08/20/2017 TDC RECEIVE DATE 03/05/2019
INMATE STATUS LINE CLASS II          W     LAST PCR REQUEST 12/30/19

```
    SENT. OF RECORD      00003     YRS 00 MOS 00 DAYS    MAND SUPV PAROLE
    FLAT TIME SERVED         00002 YRS 08 MOS 24 DAYS    091  %    091  %
    GOOD TIME EARNED         00001 YRS 05 MOS 17 DAYS    000  %    048  %
    WORK TIME EARNED         00001 YRS 04 MOS 03 DAYS    000  %    044  %
    MAND SUPV TIME CREDITS   00002 YRS 08 MOS 24 DAYS    091  %
    PAROLE TIME CREDITS      00005 YRS 08 MOS 14 DAYS              183  %
    MINIMUM EXPIRATION DTE: 08/19/2020
    MAXIMUM EXPIRATION DTE: 08/19/2020    Changed datt        22 day Makes
                                                              a full 3 yrs

JAIL GOOD TIME RECD YES              NUMBER OF DETAINERS 01    Falst
GOOD TIME LOST 00030 DAYS            WORK TIME LOST 00000 DAYS
PAROLE STATUS   BPP DATE                          TDC CALC DATE 08/22/2019
```

*CALC PAROLE ELIG ON CALENDAR TIME


REQUEST _____
CONDUCT RECORD:                                                          un

UNITED STATES DISTRICT Courthouse

515 Rusk Street

Houston, TX 77002

CITY -
1400 Lubbock STREET
HOUSTON TX 77002

Nathan Ochsner, Clerk of Court

MAY 10 2021

United States C urts
Southern C      as